BURSOR & FISHER
P.A.

1330 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7408
Fax: 212.989.9163
ykopel@bursor.com

November 8, 2024

***Via ECF***
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

***Re:*** Consent Request to Stay Case Pending Arbitration
*Harwell v. McGraw Hill LLC*, Case No. 1:24-cv-07222-AT

Dear Judge Torres:

I represent Plaintiff Maxwell Harwell in the above matter. Pursuant to Rule 1.C of the Court's Individual Rules, I write jointly on behalf of Plaintiff and Defendant McGraw Hill LLC ("McGraw Hill" and collectively the "Parties") to request a stay of this matter pending the Parties' agreement to arbitrate with the American Arbitration Association.

Good cause exists to grant this stay. On October 8, 2024, Defendant filed a letter motion seeking an extension to file its Answer. ECF No. 9. The same day, the Court issued an Order granting Defendant's letter motion for an extension. ECF No. 10. Defendant requested an extension to further investigate and analyze the Complaint (ECF No. 1). The Parties have since met and conferred and have agreed to proceed in arbitration in front of the American Arbitration Association.

Accordingly, the Parties request that the Court lift the following deadlines and stay the case to allow the Parties to proceed in arbitration:

| Event | Current Deadline |
|---|---|
| Joint letter | Nov. 22, 2024 |
| Defendant's Answer | Nov. 22, 2024 |
| Magistrate Judge consent | Nov. 22, 2024 |
| Jointly proposed Case Management Plan and Scheduling Order | Nov. 22, 2024 |

The Parties further request that they be directed to provide the Court with a status update the later of ten days after conclusion of any arbitration or nine months from the date of entry of any stay.

Defendant previously requested an extension of time to file its response to the Complaint, which the Court granted (ECF Nos. 9-10).

Respectfully submitted,

Y. Kopel

Yitzchak Kopel

*Attorney for Plaintiff*

CC: All Counsel of Record (via ECF)