UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXWELL HARWELL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>MCGRAW HILL LLC,<br><br>        Defendant. | 24-CV-7222 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: February 4, 2025
   New York, New York

                   _____
                   JEANNETTE A. VARGAS
                   United States District Judge