UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAXWELL HARWELL, :
:
                Plaintiff, :
: 24-CV-7222 (JAV)
    -v- :
: ORDER
MCGRAW HILL LLC, :
:
                Defendant. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    Pursuant to the Joint Letter dated March 12, 2025, ECF No. 14, the parties had represented that they would file a joint status letter by September 12, 2025. To date, the parties have not filed the joint letter. The Court hereby ORDERS the parties to submit a status letter by **October 14, 2025**.

    SO ORDERED.

Dated: October 8, 2025
       New York, New York
                                       JEANNETTE A. VARGAS
                                       United States District Judge